JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN MARKOS, | CV 22-6757 PA (AGRx) |
| Plaintiff, | JUDGMENT AND PERMANENT INJUNCTION |
| v. | |
| SUNSTONE TOURS, INC., | |
| Defendant. | |

Pursuant to this Court's April 12, 2023, Minute Order granting the Motion for Default Judgment filed by plaintiff Steven Markos ("Plaintiff") against defendant Sunstone Tours, Inc. ("Defendant"), it is hereby ORDERED, ADJUDGED, AND DECREED:

1.  Plaintiff shall have judgment in his favor and against Defendant; and

2.  Plaintiff shall recover from Defendant the amount of $6,000.00 in statutory damages ($2,500.00 for copyright infringement and $3,500.00 for removal of copyright management information);

3.  Defendant and its agents, servants, officers, directors, members, managers, successors, licensors/licensees, and assignors/assignees, and all those acting on Defendant's behalf or in active concert or participation with Defendant and that have notice of this injunction, are permanently enjoined from any copying and/or publishing and/or selling or

otherwise offering any product that makes any use of Plaintiff's copyrighted photograph of tombstones at the Vicksburg National Cemetery, titled "Vicksburg-081" (Copyright Registration No. VA 2-022-996) (the "Work"), and/or creating derivative works based on the Work, and/or removing the copyright management information from the Work.

    4.    Plaintiff is entitled to interest on the amount of the Judgment at the statutory rate pursuant to 28 U.S.C. § 1961(a).

The Clerk is ordered to enter this Judgment and Permanent Injunction.

DATED: April 14, 2023

                                                          Percy Anderson
                                      UNITED STATES DISTRICT JUDGE